IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FPL ENERGY POINT BEACH, LLC,

    Plaintiff,

v.

ENERGY RESOURCES OF
AUSTRALIA, LTD.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-556-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff FPL Energy Point Beach, LLC, GRANTING summary judgment and DISMISSING defendant Energy Resources of Australia Ltd.'s counterclaims against plaintiff; and DECLARING that plaintiff is a valid assignee of the entire contract for the sale and purchase of uranium concentrate entered into between Wisconsin Electric Power Company and defendant.

Approved as to form this 18th day of July, 2008.

_Barbara B. Crabb_
BARBARA B. CRABB,
DISTRICT JUDGE

_[signature]_
Joel W. Turner, Acting Clerk of Court

JUL 2 1 2008
Date